IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| WILLIAM CURTIS JONES | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv249 |
| DONALD MUNIZ | § | |

ORDER

This case was filed by William Curtis Jones, proceeding *pro se*.  102 inmates are listed in two different documents as additional plaintiffs.[1]  This situation raises concerns regarding management of the case.

Having multiple plaintiffs in *pro se* cases, particularly where inmates are involved, is not favored because of concerns involving court security.  Multiple plaintiff *pro se* cases are also problematic because the plaintiffs are non-lawyers who may not represent one another.

The decision as to whether or not to sever claims asserted in a case is discretionary with the court.  *See Dillard v. Merrill, Lynch, Pierce, Fenner Smith, Inc.*, 961 F.2d 1148 (5th Cir. 1992) (refusal to consolidate)*, cert. denied*, 506 U.S. 1079 (1993); *Hammon v. Adams*, 786 F.2d 1253 (5th Cir. 1986); *see also Neal v. Williams*, No. 96-10688 (5th Cir. Nov. 20, 1996) (affirming severance of prisoner cases and denial of motion to consolidate).

After reviewing all relevant factors, the court is of the opinion that maintaining this case as a single action would be problematic and would pose a potential problem for court security.  Accordingly, this case should be severed into separate civil actions.  It is therefore

---

[1]    97 additional individuals are listed on pages 8-18 of the amended complaint (doc. no. 8). 5 additional individuals are listed on the second page of a motion for leave to file an amended complaint (doc. no. 7).

**ORDERED** that the claims of each of the plaintiffs shall proceed as separate actions.  The Clerk of Court is directed to **SEVER** the claims of each plaintiff other than plaintiff Jones into a separate lawsuit and assign each resulting lawsuit a separate civil action number.  The resulting cases should be assigned according to the regular practice for allotment of newly-filed civil actions.

SIGNED this 8th day of September, 2021.

Zack Hawthorn
United States Magistrate Judge

2